# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>CHRISTOPHER L. GOODGAME A/K/A CHRISTOPHER GOODGAME, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-01244<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS & COMPLAINT**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CHRISTOPHER L. GOODGAME A/K/A CHRISTOPHER GOODGAME the above process on the 3 day of May, 2017, at 6:30 o'clock, PM, at 5610 KART DRIVE ALLENTOWN, PA 18106, County of Lehigh, Commonwealth of Pennsylvania:

**Manner of Service:**

☒ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: **STEPHANIE DURAN**
Relationship/Title/Position: **CO-HABITANT**
Remarks: **FIANCE.**
Description: Approximate Age **36-40**   Height **5'7"**   Weight **195**   Race **WHITE**   Sex **FEMALE**   Hair **BLONDE**
Military Status: ☒ No  ☐ Yes  Branch: _____

Commonwealth/State of **PA**     )
                                                        ) SS:
County of **Berks**                   )

Before me, the undersigned notary public, this day, personally, appeared ____**Kendra Day**____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this **8** day of **May**, 20**17**.

_____
Notary Public

File Number: USA-168049
Case ID #: 4872815

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017