UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>CHRISTOPHER L. GOODGAME a/k/a<br>CHRISTOPHER GOODGAME<br><br>　　　　　　Defendant(s) | CIVIL NO. 17-01244 |

**CONSENT JUDGMENT**

AND NOW, this __25th__ day of __May__, 2017, after consideration of the Stipulation to Enter Consent Judgment as agreed to by the parties it is hereby

ORDERED, ADJUDGED and DECREED

that Judgment is entered in favor of the United States of America and Against CHRISTOPHER L. GOODGAME a/k/a CHRISTOPHER GOODGAME, as follows:

| | | |
|---|---|---|
| Principal | - | $14,300.26 |
| Interest at the rate 4.25% | - | $3,960.95 |
| Administrative Costs | - | $350.00 |
| Total Due as of 5/9/2017 | | $18,611.21 |

with interest thereafter at the legal rate.

BY THE COURT:

_____
**United States District Court Judge**

The clerk of court shall mark this case as closed.